## **Exhibit 2**

**Health Diagnostic Laboratory, Inc.**

**Payment Listing for McPherson Medical & Diagnostic LLC**

| Payment Number | Payment Date | Payment Amount |
|---|---|---|
| 30123 | 8/7/2012 | $200.00 |
| 30124 | 8/7/2012 | $1,000.00 |
| 30125 | 8/7/2012 | $3,600.00 |
| 32039 | 9/7/2012 | $540.00 |
| 32040 | 9/7/2012 | $1,060.00 |
| 32041 | 9/7/2012 | $2,260.00 |
| 34118 | 10/9/2012 | $40.00 |
| 34119 | 10/9/2012 | $740.00 |
| 34120 | 10/9/2012 | $1,540.00 |
| 36070 | 11/6/2012 | $220.00 |
| 36071 | 11/6/2012 | $1,700.00 |
| 36072 | 11/6/2012 | $1,380.00 |
| 38205 | 12/6/2012 | $340.00 |
| 38206 | 12/6/2012 | $1,880.00 |
| 38207 | 12/6/2012 | $840.00 |
| 40414 | 1/7/2013 | $500.00 |
| 40415 | 1/7/2013 | $2,220.00 |
| 40416 | 1/7/2013 | $900.00 |
| 42633 | 2/4/2013 | $240.00 |
| 42634 | 2/4/2013 | $1,280.00 |
| 42635 | 2/4/2013 | $480.00 |
| 44587 | 3/6/2013 | $180.00 |
| 44588 | 3/6/2013 | $1,300.00 |
| 44589 | 3/6/2013 | $1,100.00 |
| 46951 | 4/8/2013 | $80.00 |
| 46952 | 4/8/2013 | $800.00 |
| 46953 | 4/8/2013 | $860.00 |
| 49163 | 5/7/2013 | $20.00 |
| 49164 | 5/7/2013 | $1,280.00 |
| 49165 | 5/7/2013 | $820.00 |
| 51662 | 6/6/2013 | $100.00 |
| 51663 | 6/6/2013 | $980.00 |

## Health Diagnostic Laboratory, Inc.

### Payment Listing for McPherson Medical & Diagnostic LLC

| Payment Number | Payment Date | Payment Amount |
|---|---|---|
| 51664 | 6/6/2013 | $680.00 |
| 53966 | 7/5/2013 | $20.00 |
| 53967 | 7/5/2013 | $1,500.00 |
| 53968 | 7/5/2013 | $260.00 |
| 54862 | 7/18/2013 | $20.00 |
| 56449 | 8/5/2013 | $80.00 |
| 56450 | 8/5/2013 | $1,740.00 |
| 56451 | 8/5/2013 | $1,480.00 |
| 58986 | 9/5/2013 | $80.00 |
| 58987 | 9/5/2013 | $1,620.00 |
| 58988 | 9/5/2013 | $2,400.00 |
| 61415 | 10/8/2013 | $2,480.00 |
| 61416 | 10/8/2013 | $1,240.00 |
| 62338 | 10/17/2013 | $20.00 |
| 63910 | 11/5/2013 | $1,740.00 |
| 63911 | 11/5/2013 | $640.00 |
| 64809 | 11/12/2013 | $20.00 |
| 66672 | 12/3/2013 | $40.00 |
| 66673 | 12/3/2013 | $1,300.00 |
| 66674 | 12/3/2013 | $460.00 |
| 69470 | 1/7/2014 | $2,020.00 |
| 69471 | 1/7/2014 | $400.00 |
| 72004 | 2/11/2014 | $20.00 |
| 72005 | 2/11/2014 | $2,980.00 |
| 72006 | 2/11/2014 | $1,380.00 |
| 73039 | 2/21/2014 | $20.00 |
| 74331 | 3/6/2014 | $900.00 |
| 74332 | 3/6/2014 | $2,160.00 |
| 74333 | 3/6/2014 | $1,640.00 |
| 76791 | 4/4/2014 | $340.00 |
| 76792 | 4/4/2014 | $2,600.00 |
| 76793 | 4/4/2014 | $1,020.00 |

## Health Diagnostic Laboratory, Inc.

### Payment Listing for McPherson Medical & Diagnostic LLC

| Payment Number | Payment Date | Payment Amount |
|---|---|---|
| 78266 | 4/18/2014 | $40.00 |
| 79843 | 5/5/2014 | $580.00 |
| 79844 | 5/5/2014 | $2,080.00 |
| 79845 | 5/5/2014 | $540.00 |
| 81190 | 5/20/2014 | $20.00 |
| 82538 | 6/5/2014 | $400.00 |
| 82539 | 6/5/2014 | $720.00 |
| 82540 | 6/5/2014 | $60.00 |
| 85209 | 7/14/2014 | $220.00 |
| 85210 | 7/14/2014 | $720.00 |
| 85211 | 7/14/2014 | $40.00 |
| | | $69,200.00 |