**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.,* | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** | |
| **Plaintiff,** | |
| **v.** | **Adversary Proceeding No. 17-03165** |
| **MCPHERSON MEDICAL & DIAGNOSTIC, LLC** | |
| **and** | |
| **TIMOTHY W. MCPHERSON,** | |
| **Defendants.** | |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil

Procedure and the Order Approving Amended Procedures for Avoidance Action Adversary

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

---

Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Richmond, VA 23219
200 Bendix Road, Ste. 300 Virginia Beach, VA 23452
Telephone:   (757) 497-6633
Direct:        (757) 470-5566
Email: cspeckhart@wolriv.com
*Counsel to Richard Arrowsmith, Liquidating Trustee*
*of the HDL Liquidating Trust Liquidating Trustee of the HDL*
*Liquidating Trust*

Proceedings [Docket No. 2740], Richard Arrowsmith, in his capacity as Liquidating Trustee of the

HDL Liquidating Trust, appointed pursuant to the confirmed Modified Second Amended Plan of

Liquidation of Health Diagnostic Laboratory, Inc., et al., by and through his undersigned counsel,

hereby discontinues and dismisses the Complaint in the above-captioned Adversary Proceeding as

it pertains to McPherson Medical & Diagnostic, LLC and Timothy W. McPherson, with prejudice,

with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

DATED: June 23, 2017                                      Respectfully submitted,


By: /s/ *Cullen D. Speckhart*
Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Richmond, VA 23219
200 Bendix Road, Ste. 300, Virginia Beach,
VA 23452
Telephone:     (757) 497-6633
Direct:        (757) 470-5566
Email: cspeckhart@wolriv.com


*Counsel to Richard Arrowsmith, Liquidating*
*Trustee of the HDL Liquidating Trust*